UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joan Trostad

Plaintiff,

vs.

PMI Mortgage Insurance Co., an Arizona corporation,

Defendant.

Case No. 00-1673 MJD/JGL

**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER**

WHEREAS the deadline for answering Plaintiff's Complaint in the above-entitled matter is currently July 24, 2000; and

WHEREAS the parties have begun negotiating a settlement of the matter and need additional time to continue these negotiations;

Based on the agreement of the parties, it is hereby stipulated that Defendant's deadline for answering the above-entitled matter, currently July 24, 2000, should be extended 14 days to August 7, 2000. Therefore, the parties respectfully request an Order allowing this extension.

Dated: July 19, 2000.

**LITTLER MENDELSON, P.C.**

By ____________________

Kathryn Mrkonich Wilson (MN #283605)
Heather C. Sherman (MN #0288135)
Multifoods Tower, Suite 3110
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

FILED JUL 2 1 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: July 19, 2000.

**ATTORNEYS FOR DEFENDANT PMI MORTGAGE INSURANCE CO.**

By ______________________
Ann M. I. Mozey (MN #278178)
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Telephone: (612) 340-0044
Facsimile: (612) 340-0190

**ATTORNEY FOR PLAINTIFF JOAN TROSTAD**

**IT IS SO ORDERED**

Dated: July 21, 2000

______________________
Magistrate Judge of the United States District Court