**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joan Trostad

Plaintiff,

vs.

PMI Mortgage Insurance Co., an Arizona corporation,

Defendant.

Case No. 00-1673 MJD/JGL

**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER**

---

WHEREAS the original deadline for answering Plaintiff's Complaint in the above-entitled matter was July 24, 2000;

WHEREAS the parties began negotiating a settlement of the matter and stipulated to extend the deadline to August 7, 2000, for which the Court issued an Order on July 24, 2000;

WHEREAS the parties are still negotiating a settlement of the matter and need additional time to continue these negotiations; and

WHEREAS the parties anticipate that they will finalize an agreement to settle and dismiss the matter within three weeks;

Based on the agreement of the parties, it is hereby stipulated that Defendant's deadline for answering the above-entitled matter, currently August 7, 2000, should be extended 21 days to August 28, 2000. Therefore, the parties respectfully request an Order allowing this extension.

FILED AUG 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: August 7, 2000.

**LITTLER MENDELSON, P.C.**

By ______________________
Kathryn Mrkonich Wilson (MN #283605)
Heather C. Sherman (MN #0288135)
Multifoods Tower, Suite 3110
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANT PMI MORTGAGE INSURANCE CO.**

Dated: August 7, 2000.

By ______________________
Ann M. I. Mozey (MN #278178)
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Telephone: (612) 340-0044
Facsimile: (612) 340-0190

**ATTORNEY FOR PLAINTIFF JOAN TROSTAD**

**IT IS SO ORDERED**

Dated: August 8, 2000

______________________
Magistrate Judge of the United States District Court