**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joan Trostad

Plaintiff,

vs.

PMI Mortgage Insurance Co., an Arizona corporation,

Defendant.

Case No. 00-1673-MJD/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed, on the merits, with prejudice, and without costs to either party.

Dated: ~~August 4, 2000.~~ August 23, 2000

**LITTLER MENDELSON, P.C.**

By ______________________
Kathryn Mrkonich Wilson (MN #283605)
Heather C. Sherman (MN #0288135)
Multifoods Tower, Suite 3110
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

**ATTORNEYS FOR DEFENDANT PMI MORTGAGE INSURANCE CO.**

FILED AUG 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 29 2000
DEPUTY CLERK ______________

Trostad v. PMI Mortgage 00-1673 (MJD/JGL)

Dated: ~~August 4, 2000.~~ Aug 22-2000.

By ________________
Ann M. I. Mozey (MN #278178)
101 Union Plaza Building
333 North Washington Avenue
Minneapolis, MN 55401
Telephone: (612) 340-0044
Facsimile: (612) 340-0190

**ATTORNEY FOR PLAINTIFF JOAN TROSTAD**

## ORDER

Pursuant to the Stipulation of the parties as set forth above, and good cause appearing, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 8-29, 2000

BY THE COURT

________________
The Honorable Michael J. Davis